

F I L E D

JUL 3 1 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

CAROL ZANK-REHWALDT

          Plaintiff,

    vs.

DEPARTMENT OF DEFENSE EDUCATION ACTIVITY, DIRECTOR THOMAS BRADY AND JOHN DOES 1-10

          Defendant.

Case No. 1:20 - CV - 879

COMPLAINT FOR AN ENFORCEMENT OF COMMISSION'S DECISION

Plaintiff, based upon information and belief, state as follows:

### I.    INTRODUCTION

**COMES NOW** the plaintiff, Carol Zank-Rehwaldt bring this enforcement action and complains and alleges as follows:

### II.    PARTIES, JURISDICTION & VENUE

1.    Plaintiff, Carol Zank-Rehwaldt, resides at 1851 Stella Lane, Unit 513, and Fort Walton Beach, Florida 32548.

2.    This is an enforcement action. Plaintiff has exhausted all administrative remedies and performed all conditions precedent to the maintenance of this action and is in all other respects fully qualified to maintain this action. See attached EEOC Decision (under Appeal No. 07201180029) issued on August 20, 2019 and pleadings seeking to resolve the matter before the Commission.

3.    Defendant Department of Defense Education Activity (hereinafter referred to as "Defendant" or "DODEA") is a federal agency under the United States, having its principal office and place of business located at 4800 Mark Center Drive, Suite 04G12 Alexandria, VA 22350-1400.

4.    Defendant Thomas Brady is the director and official Agency head, having his principal office and place of business located at located at 4800 Mark Center Drive, Suite 04G12 Alexandria, VA 22350-1400.

5.    Venue in this court is appropriate pursuant to Title 28, U.S.C. §1391, because the plaintiff is a resident of Florida and the defendants are located and doing business in Virginia.

6.    This is an enforcement action.

### III.    CLAIMS

1.    On August 20, 2019, the Commission issued the attached Order. In the ruling the Commission ordered the agency to take the following action: "Within one-hundred and twenty (120) calendar days from the date this decision is issued, the Agency shall provide Complainant with a back pay award, with interest, that includes her salary retroactive to the date of her retirement, as well as other employment benefits. If Complainant declines reinstatement, the back pay period will end on the date she declines. The back pay award shall be offset by any retirement benefits received by Complainant." In counting the days from the date of the Commission's Order of August 20, 2019, one-hundred and twenty (120) days was December 18, 2019. As of today, the agency is over 200 days late in complying with the Commission's Order on back-pay. The Complainant has previously corresponded and filed motions to enforce the Commission's Order but this has not encouraged the agency to comply. See attached.

2.    There are no excuses for the agency's actions in failing to comply with the Commission's ruling. When the EEOC enters a finding of discrimination and orders relief, the agency must comply with both the letter and spirit of the order. The Commission's regulations at 29 CFR 1614.502 provide: "(a) Relief ordered in a final Commission decision is mandatory and binding on the agency except as provided in this section. Failure to implement ordered relief shall be subject to judicial enforcement as specified in 1614.503(g)."

### IV.    PRAYER FOR RELIEF

2

Wherefore the plaintiff prays for an order of enforcement of the Commission's award of back pay, with 12% interest, that includes salary retroactive to the date of her retirement, as well as other employment benefits.

The plaintiff also prays for an order of sanctions in an amount to be determined by the Court.

July 17, 2020

Respectfully submitted,

Carol Zank-Rehwaldt,
1851 Stella Lane, Unit 513,
Fort Walton Beach, Florida 32548.
Email: brehwaldt@hotmail.com
1(407) 414-8185

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via Email to:

Clerk of the Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

July 28, 2020

Respectfully Submitted
**CHARTMANS INC**

By:

_____s_____
BRADLEY R. MARSHALL
Designated Representative
1240 Winnowing Way
Suite 102
Mount Pleasant, South Carolina 29466
Telephone: 843 303-9532
Facsimile: 877 211-7549
Email: Brad@bmarshall.me
Website: Chartmans.com

Cc:   Ms. Carol Zank-Rehwaldt